UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINTON WAYNE WARRINGTON,<br><br>Defendant. | Case No.: 2:18-cr-146-KJD-NJK<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the United States Probation Department prepare a pre-plea presentence investigation report for CLINTON WAYNE WARRINGTON.

DATED this 21st day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE