UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>CLINTON WAYNE WARRINGTON, )<br>                                                            )<br>                    Defendant.          )<br>                                                            ) | Case No. 2:18-cr-00146-KJD-NJK<br><br>ORDER<br><br>(Docket No. 27) |

Pending before the Court is Defendant Clinton Wayne Warrington's motion to dismiss counsel. Docket No. 27. The Court hereby sets the motion for hearing on October 5, 2018, at 10:00 a.m. in courtroom 3A. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: October 2, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE