Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org

Attorney for Clinton Wayne Warrington

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:18-cr-00146-KJD-NJK |
| v. | **Unopposed Motion for Copy of Sealed and Unsealed Exhibits** |
| Clinton Wayne Warrington, | |
| Defendant. | |

Defendant Clinton Wayne Warrington moves this Court for a copy of the marked exhibits necessary for the parties to fully review Mr. Warrington's record for direct appeal to the Ninth Circuit and to provide effective assistance of appellate counsel to Mr. Warrington. Specifically, undersigned counsel requests the Court order the Clerk's office to provide a copy of the following sealed and unsealed exhibits to both undersigned counsel and counsel for the government from the evidentiary hearing that took place before the Court on March 22, 2022:

> ***Sealed*** Government Exhibit 1: Mr. Warrington's evaluation from the Bureau of Prisons;

> Government Exhibit 2: Client test log for Mr. Warrington;

<u>Government Exhibit 3</u>: Series of three emails to Probation Officer Piplakis, dated January 27, 2022, February 10, 2022, and February 24, 2022, respectively;

***Sealed*** <u>Government Exhibit 4</u>: A centralized intake of Mr. Warrington performed by Community Counsel Center; and

<u>Government Exhibit 5</u>: A computer-aided dispatch (CAD) log.

Undersigned has contacted counsel for the government, Appellate Chief Elizabeth O. White, and the government does not oppose this request.

Dated: April 18, 2022.

Rene L. Valladares
Federal Public Defender

By: *s/ Amy B. Cleary*
Amy B. Cleary
Assistant Federal Public Defender
Attorney for Clinton Wayne Warrington

IT IS SO ORDERED:

_____
KENT J. DAWSON
United States District Judge

DATE:  4/21/2022

2

**Certificate of Service**

The undersigned certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. On April 18, 2022, he served an electronic copy of the above and foregoing motion by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
Elizabeth O. White
Appellate Chief and Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

                                                    */s/ Marcus Walker*
                                                    Federal Public Defender Employee