Prob12B
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**September 8, 2023**

Name of Offender: **Clinton Wayne Warrington**

Case Number:  **2:18CR00146**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **March 6, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **36 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 28, 2021**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Community Service** – You must complete 30 hours of community service within 60 days. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

**CAUSE**

By way of history, on July 18, 2023 Warrington failed to report for his scheduled drug test. The assigned officer directed Warrington to report to the probation office on July 19, 2023 for a make-up test, which he did. Warrington submitted a drug test, which was positive for marijuana. The assigned officer addressed this with Warrington who admitted to smoking marijuana on July 18, 2023, and he signed admission form admitting to this fact. Warrington also tested positive for

**RE: Clinton Wayne Warrington**

Prob12B
D/NV Form
Rev. June 2014

marijuana on August 12, 2023 and when addressed, he admitted smoking marijuana again on or around August 1, 2023. The assigned officer admonished Warrington both times and reminded him that continued use of marijuana will result in sanctions and or revocation.

On September 6, 2023, Warrington failed to report for his scheduled drug test and the assigned officer directed him to report to the probation office on September 7, 2023 for a make-up test, which he did. Warrington submitted his test, which was positive for marijuana. The assigned officer again addressed this with Warrington who admitted last smoking marijuana on September 2, 2023 and signed an admission form admitting to this fact.

Given that Warrington has now tested positive for marijuana three times within the past two months, the Probation Office respectfully requests his conditions be modified to include community service as a sanction for his positive tests. Warrington is in agreement with this modification as evidenced by his signature on the attached probation form 49.

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2023.09.08
16:12:54 -07'00'

_____
Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian
Blevin
Date: 2023.09.08 16:09:47
-07'00'

_____
Brian Blevins
Supervisory United States Probation Officer

**RE: Clinton Wayne Warrington**

Prob12B
D/NV Form
Rev. June 2014

---

***THE COURT ORDERS***

---

X       The modification of conditions as noted above.

☐       No Action.

☐       Other (please include Judicial Officer instructions below):

------------------------------------------------------------------------------------

------------------------------------------------------------------------------------

------------------------------------------------------------------------------------

_____
Signature of Judicial Officer

                09/11/2023
_____
Date