# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Clinton Wayne Warrington**

Case Number: **2:18CR00146**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **March 6, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **36 Months custody, followed by 36 Months TSR.**

Date of Prior Revocation: **March 22, 2022**

Revocation Sentence: **13 Months custody, followed by 23 Months TSR.**

Date Supervision Commenced: **March 1, 2023**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must not attempt to obstruct or tamper with the testing methods.

   Warrington failed to report for scheduled drug testing on the following dates:
   a) July 18, 2023
   b) September 6, 2023

RE: Clinton Wayne Warrington

Prob12C
D/NV Form
Rev. March 2017

Warrington tested positive for marijuana on the following dates:

    c) July 19, 2023
    d) August 12, 2023
    e) September 7, 2023
    f) September 13, 2023
    g) September 26, 2023

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

    ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **October 4, 2023**

Digitally signed by Cecil B McCarroll III
Date: 2023.10.05 13:10:54 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.10.05 09:30:02 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Clinton Wayne Warrington

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐ No Action.
☐ The issuance of a warrant.
X The issuance of a summons.
☐ Other:

_____
Signature of Judicial Officer

10/06/2023
_____
Date

RE: Clinton Wayne Warrington

Prob12C
D/NV Form
Rev. March 2017

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
UNITED STATES V. CLINTON WAYNE WARRINGTON, 2:18CR00146

---

SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
October 4, 2023

---

On March 6, 2019, Warrington was sentenced to 36 months custody to run concurrent to Nevada State Case C-17-325589-1, followed by 3 years supervised release.

On December 28, 2021, Warrington began his first term on supervised release. After being on supervision for three months, the probation office submitted a petition for warrant alleging he committed numerous violations including testing positive for marijuana on multiple occasions, failing to report for treatment, and failing to take his prescription medication as prescribed. On March 22, 2022, Warrington appeared before the Court, at which time it was ordered that his supervision was revoked; he was sentenced to thirteen months custody followed by twenty-three months of supervised release.

On March 1, 2023, Warrington began his second term of supervised release; he has already incurred numerous violations. First, Warrington missed a scheduled drug test on July 18, 2023. The undersigned directed Warrington to report for a make-up test the following day, at which time he tested positive for marijuana. The undersigned addressed this test on July 19, 2023, with him. He admitted to smoking marijuana on July 18, 2023, and signed an admission form stating such. When questioned further, Warrington stated that he did it because he became too comfortable with how well he had been doing. Warrington tested positive again for marijuana on August 12, 2023, and admitting smoking several times since his last positive on July 19, 2023, but believes his last use was on or around August 1, 2023. The undersigned admonished him for this positive test and his substance abuse counselor was also notified.

On September 6, 2023, Warrington failed to report for scheduled drug testing. He reported as instructed the following day for a make-up test. On September 7, 2023, he again tested positive for marijuana and signed another admission form stating he used this drug on September 2, 2023. In addition to admonishing him for his continued drug use and notifying his counselor, the undersigned further requested his conditions be modified to include community service as a sanction for his positive tests. On September 11, 2023, the Court approved this modification.

On September 13, 2023, Warrington again tested positive for marijuana but denied any new use. Laboratory tests as to this test are pending. On September 26, 2023, Warrington again tested positive for marijuana and admitted to having used that same day.

As noted above, this is Warrington's second time on supervision and the violations contained in this petition are nearly identical to the violations leading to his first revocation. The undersigned has assisted Warrington, and his substance abuse counselor has also addressed his abuse during treatment sessions. Between his second and third positive drug test, Warrington explained that he used because he was stressed and experiencing anxiety. Given he was already taking medication

RE: Clinton Wayne Warrington

Prob12C
D/NV Form
Rev. March 2017

for anxiety, the undersigned referred him back to Southern Nevada Adult Mental Health for another assessment and further medication management.

Lastly, after his last positive test on September 26, 2023, the undersigned questioned Warrington about why he was still using marijuana. He stated he continues to use because he was recently told by those around him that when he smokes, he is a "calmer person". The probation office has used all available tools to assist Warrington's sobriety, to no avail.

Warrington's criminal history includes the following offenses:

- Obstruction of a Peace Officer/Failure to Appear BW Issued (2009)
- Speeding/Failure to Appear BW Issued (2009)
- Failure to Appear After Admission to Bail (2009)
- Contributing to Delinquency of a Minor/Failure to Appear BW Issued (2009)
- Possession of a Stolen Vehicle (felony) (2010)
- Failure to Appear After Admission to Bail (2010)
- Burglary (felony) (2010)
- Petit Larceny (2010)
- Stop Sign Violation/Failure to Appear BW Issued (2010)
- Contempt of Municipal Court (2013)
- Illegal Parking/Failure to Appear BW Issued (2013)
- Speeding/Failure to Appear BW Issued (2014)
- DUI/Failure to Appear BW Issued (2014)
- False Statement to Public Officer (2015)
- Driving w/Revoked License/Failure to Appear BW Issued (2016)
- Speeding/Failure to Appear BW Issued (2016)
- Unregistered Vehicle/Failure to Appear BW Issued (2017)
- Bomb Threat/Assault w/a Deadly Weapon (felony) (2017)

Given Warrington's history of mental health, continued drug use, and his history of failures to appear, the undersigned respectfully requests a Summons be issued to initiate revocation proceedings.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2023.10.05 09:34:19 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.10.05 09:30:24 -07'00'

Brian Blevins
Supervisory United States Probation Officer