RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Clinton Wayne Warrington

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLINTON WAYNE WARRINGTON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00146-KJD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, with the concurrence of the United States Probation Office, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Clinton Wayne Warrington, that the revocation of supervised release currently scheduled on January 23, 2024, be vacated and continued to a date and time convenient to the court, but no sooner than fourteen (14) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties anticipate additional disclosures under Fed. R. Crim. P. 32.1(b)(2)(B) that will require additional review, processing, and investigation.

　　　2.　　The defendant is not incarcerated and does not object to the continuance.

　　　3.　　The parties agree to the continuance.

This is the first request for a continuance.

DATED this 19th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | *By: Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CLINTON WAYNE WARRINGTON,<br><br>       Defendant. | Case No. 2:18-cr-00146-KJD-NJK<br><br>ORDER |

IT IS THEREFORE ORDERED that the revocation of supervised release currently scheduled on January 23, 2024, at 10:30 a.m., be vacated and continued to February 6, 2024 at the hour of 11:30 a.m. in courtroom 4A.

DATED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE