UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00146-KJD-NJK |
|---|---|
| Plaintiff, | **Order – Quashing Bench Warrant** |
| v. | |
| CLINTON WARRINGTON, | |
| Defendant. | |

Presently before the Court is Defendant's Motion to Quash Warrant (#133). On February 6, 2024, the Court held a supervised release revocation hearing, but Defendant Warrington failed to appear at the hearing. (#131). At the Government's request, a bench warrant was issued for Warrington. Id. However, the Court informed Warrington's counsel that should Warrington contact him and agree to come in, the Court will withdraw the warrant. Id. As it appears Warrington has in fact contacted his counsel and agreed to come in, Defendant's motion is granted. (See #131).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Quash Warrant (#133) is **GRANTED**. The warrant issued for Clinton Warrington is hereby **QUASHED**, effective immediately.

Furthermore, **IT IS HEREBY ORDERED** that a revocation hearing will be set for Tuesday, February 20, 2024, at 10:00 a.m. in courtroom 4A.

Dated this 8th day of February 2024.

_____
Kent J. Dawson
United States District Judge