# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CLINTON WARRINGTON,

    Defendant(s).

Case No. 2:18-cr-00146-KJD-NJK

\_\_\_\_ FILED   \_\_\_\_ RECEIVED
\_\_\_\_ ENTERED   \_\_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 1 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUBSTITUTION OF ATTORNEY

CLINTON WARRINGTON, DEFENDANT, hereby substitutes
(Name of Party)

SHAWN R. PEREZ
(New Attorney)

(Address): 7121 WEST CRAIG ROAD, LAS VEGAS, NV 89128

(Telephone): 702-442-3977, as attorney of record in place and

stead of: OFFICE OF THE FEDERAL PUBLIC DEFENDER
(Present Attorney)

DATED: 10-21-24

_____
(Signature of Party)

I consent to the above substitution.

DATED: 10-9-2024

_____
(Signature of Present Attorney)
Amy B. Cleary
Assistant Federal Public Defender

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 10-04-2024         _____
                                    (Signature of New Attorney)

Please check one: _____ RETAINED, or _____ APPOINTED BY THE COURT

or _____X_____ PRO BONO

APPROVED:

DATED: October 24, 2024         _____
                                    United States Magistrate Judge

2

6/95